UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:06CV-81-R

IPM SOLUTIONS, INC.                                                    PLAINTIFF

V.

SIGMA SYSTEMS INTERNATIONAL FZ, LLC
and CHAKRADHAR PYDIKONDALA                                    DEFENDANTS

**OPINION AND ORDER**

This matter is before the Court on the Plaintiff IPM Solutions, Inc.'s (IPM) Motion for

Summary Judgement (Docket #38).  The Defendants Sigma Systems International FZ, LLC

(Sigma) and Pydikondala Chakradhar (Mr. Chakradhar) responded (Docket #39) and IPM

replied (Docket #42).  This matter is ripe for adjudication.  For the following reasons, the

Plaintiff's Motion for Summary Judgment is **DENIED.**

**STANDARD**

Summary judgment is available under Fed. R. Civ. P. 56(c) if the moving party can

establish that the "pleadings, depositions, answers to interrogatories, and admissions on file,

together with the affidavits, if any, show that there is no genuine issue of material fact and that

the moving party is entitled to judgment as a matter of law."  In determining whether summary

judgment is appropriate, a court must resolve all ambiguities and draw all reasonable inferences

against the moving party.  *See Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574,

587 (1986).

"[N]ot every issue of fact or conflicting inference presents a genuine issue of material

fact."  *Street v. J. C. Bradford & Co.*, 886 F.2d 1472, 1477 (6th Cir. 1989).  The test is whether

the party bearing the burden of proof has presented a jury question as to each element in the

case. *Hartsel v. Keys*, 87 F.3d 795, 799 (6th Cir. 1996). The plaintiff must present more than a mere scintilla of evidence in support of his position; the plaintiff must present evidence on which the trier of fact could reasonably find for the plaintiff. *See id.* (citing *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 251-52 (1986)). Mere speculation will not suffice to defeat a motion for summary judgment: "the mere existence of a colorable factual dispute will not defeat a properly supported motion for summary judgment. A genuine dispute between the parties on an issue of material fact must exist to render summary judgment inappropriate." *Moinette v. Elec. Data Sys. Corp.*, 90 F.3d 1173, 1177 (6th Cir. 1996).

## DISCUSSION

After reviewing the record as a whole, the Court concludes that there is no basis on which to grant the Plaintiff's Motion for Summary Judgment at this time. The Plaintiff has not provided any documentation to support its Motion, cites no law to support its argument, and does not cite to any specific facts as support. There is far too much confusion regarding the exact nature of the parties' relationship, the content and extent of their contract for software development, and the amount of money that has been exchanged for this Court to issue an opinion regarding summary judgment based on the record before it.

For these reasons, **IT IS HEREBY ORDERED** that the Plaintiff's Motion for Summary Judgment is **DENIED.**

2