UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO: 5:06CV-81-R

IPM SOLUTIONS, LLC v. SIGMA SYSTEMS
INTERNATIONAL FZ, LLC

# JURY INSTRUCTIONS

## INSTRUCTION NO. 1

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding this case. I will start by explaining your duties and the general rules that apply in every civil case. Then I will explain the elements, or parts, of the claims in question.

You have two main duties as a juror. The first is to decide what the facts are from the evidence that you saw and heard here in court. Deciding what the facts are is your job, not mine, and nothing that I have said or done during this trial was meant to influence your decision about the facts in any way.

Your second duty is to take the law that I give you, apply it to the facts, and decide if the Plaintiff has proven his case against the Defendants by a preponderance of the evidence. It is my job to instruct you about the law, and you are bound by the oath that you took at the beginning of the trial to follow the instructions that I give you, even if you personally disagree with them. This includes the instructions that I gave you during the trial, and these instructions. All the instructions are important, and you should consider them together as a whole.

The lawyers have talked about the law during their arguments. But if what they said is different from what I say, you must follow what I say. What I say about the law controls.

Perform these duties fairly. Do not let any bias, sympathy or prejudice that you may feel toward one side or the other influence your decision in any way.

## INSTRUCTION NO. 2

Your answer to any question must be unanimous. That is, all seven (7) members of the jury must agree on any answer to the question and verdict.

## INSTRUCTION NO. 3

You should use your common sense in weighing the evidence. Consider it in light of your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to establish that conclusion.

## INSTRUCTION NO. 4

### The Contract

On February 28, 2005, the parties entered into a written contract relating to the development of software. There is evidence, however, that this original agreement was modified by a subsequent oral agreement or agreements. The parties to a contract can modify the original agreement, and the modification can be oral or written. The oral terms of the contract may be enforced just as though those terms had appeared in the written agreement. However, in order for the modification to have binding effect, it must meet the elements essential to a contract formation.

It is for you to determine what additional provisions, beyond the contents of the written contract, constituted the parties' agreement. A contract may be made in any manner sufficient to show agreement, including language or conduct by both parties that recognizes the existence of such a contract. No particular form is required for words or conduct to create a contract.

However, in order for a contract to be binding and enforceable, several requirements must be met. There must be evidence sufficient to prove that there was an offer made by one of the parties, and that the other party accepted the offer. In addition, there must be evidence that the parties supplied consideration for the formation of the agreement. Finally, to be binding, it is necessary that the parties had a meeting of the minds on all of the essential terms and conditions of the agreement.

Now I am going to give you a few definitions of some of these terms to aid you in your deliberations.

(1) As used in these instructions, an "offer" is the manifestation of willingness to enter into a bargain, so made as to justify another person in understanding that his or her assent to that

bargain is invited and will conclude it.

(2) As used in these instructions, the term "acceptance" means performance of the conditions of the offer. In order to find that the offer had been accepted, therefore, you must find from the facts that the acceptance meets the form specified in the offer. In addition, in order to find an acceptance, you must find that the acceptance was clear and unequivocal.

(3) As used in these instructions, the term "consideration" means the inducement to enter into the agreement. It is the cause, motive, price, or impelling influence which induced the party to enter into the contract. It may include some right, interest, profit, or benefit accruing to one party, or some forbearance, detriment, loss, or responsibility given, suffered, or undertaken by the other.

(4) "Meeting of the minds," as used in these instructions, means that there is some manifestation that the parties mutually knew and understood the terms and conditions which are subject to this litigation, and that the parties mutually intended, assented, and agreed that the terms and conditions would be binding upon them. If, therefore, you find from the facts that the parties had a meeting of the minds as to the essential terms and conditions of the contract, then you shall find that the contract is binding on the parties.

If you find, from the evidence, that all of the above requirements have been satisfied, then you will find that a legally binding and enforceable contract was formed, according to what provisions you determine constitute the parties' agreement.

## INSTRUCTION NO. 5

### Breach of Contract

The Plaintiff claims that the Defendant breached the parties' contract. As previously instructed, it is your duty to determine what constituted the parties' contract and the terms of that contract. If a party does not perform according to the contract terms, that party has committed a breach of the contract. Any unexcused breach of contract allows a non-breaching party to recover damages.

The Plaintiff claims the Defendant has breached the contract by failing to deliver the agreed-to software product, even though the Plaintiff paid the Defendant the agreed-to sum for that product.

The breach of contract must be a material breach. A minor and insubstantial failure of a party to meet the terms of a contract does not entitle the other party to reject the contract and not be responsible under it. A party who commits the first substantial breach of a contract cannot enforce the contract against the other party even if the other party later fails to abide by the terms of the contract.

If you are satisfied from the evidence that the Defendant materially breached the contract, then you must determine the Plaintiff's damages; that is, you must determine the damages that the Plaintiff suffered as a result of the Defendant's breach.

## INSTRUCTION NO. 6

### Damages

When a contract is breached, the plaintiff is entitled to be placed in as good a position as it would have been in had the contract been fulfilled in accordance with its terms, but is not entitled to be put in a better position than it would have been in had there been full performance. If you determine that the Defendant committed a material breach of the parties' contract, you may award the Plaintiff damages that may fairly and reasonably be considered as arising out of the breach, or those that the parties may have reasonably contemplated when the contract was made. You may not award damages that are remote or speculative.

**INSTRUCTION NO. 7**

Upon retiring to the jury room, you will select one of you to act as your foreperson. The foreperson will preside over your deliberations and will be your spokesperson here in Court. You will take these instructions to the jury room, and when you have reached a unanimous agreement, you will have your foreperson fill in, date, and sign your answers.

## INSTRUCTION NO. 8

Now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room. In fact, it is your duty to talk with each other about the evidence, and to make every reasonable effort you can to reach unanimous agreement. Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say. Try your best to work out your differences. Do not hesitate to change your mind if you are convinced that other jurors are right and your original position was wrong, But do not ever change your mind just because other jurors see things differently, or just to get the case over with. In the end, your vote must be exactly that-your own vote. It is important for you to reach unanimous agreement, but only if you can do so honestly and in good conscience.

No one will be allowed to hear your discussions in the jury room, and no record will be made of what you say. So you should all feel free to speak your minds.

Listen carefully to what they other jurors have to say, and then decide for yourself if the Plaintiff has proved its case by a preponderance of the evidence.

## INSTRUCTION NO. 9

Once you start deliberating, do not talk to the jury officer, or to me, or to anyone else except each other about the case. If you have any questions or messages, you must write them down on a piece of paper, sign them, and then give them to the jury officer. The officer will give them to me, and I will respond as soon as I can. I may have to talk to the lawyers about what you have asked, so it may take some time to get back to you. Any questions or messages normally should be sent to me through your foreperson.

One more thing about messages. Do not ever write down or tell anyone outside the jury room how you stand on your votes. That should stay secret until you are finished.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:06CV-81-R

IPM SOLUTIONS, INC.                                                                PLAINTIFF

V.

SIGMA SYSTEMS INTERNATIONAL FZ, LLC                          DEFENDANT

**VERDICT FORM**

1. On Plaintiff IPM Solutions, LLC's claim that the Defendant Sigma Solutions International FZ, LLC breached the parties' contract concerning software development,

   We the jury find in favor of:

   Plaintiff IPM Solutions, LLC __X__

   Defendant Sigma Solutions International FZ, LLC _____

2. If you find in favor of Plaintiff IPM Solutions, LLC, you must award the Plaintiff such a sum of money as will fairly and reasonably compensate it for the following damages as you believe from the evidence it has sustained directly by reason of Defendants' breach of contract:

   (a)   the amount reasonably expended by IPM Solutions, LLC
         in its contract with Sigma Systems International FZ:
         $215,000, the amount requested by the Plaintiff.            $ 215,000.00

_____                         12/5/07
FOREPERSON                              DATE